FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 29, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PAUL MARTINEZ,<br><br>Defendant. | No. 2:22-CR-00121-MKD-2<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND FOR FURTHER RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 39)** |

On November 22, 2022, Defendant filed a Motion to Modify Conditions of Release and for Further Release, ECF No. 39.

The Court has reviewed Defendant's Motion to Modify Conditions of Release and for Further Release, **ECF No. 39.** The United States and U.S. Probation do not oppose Defendant remaining released and transitioning to Reaching Out Advocating Recovery Ministries, Spokane (ROAR) on **December 2, 2022**, upon completion of inpatient treatment at Pioneer Center East.

Accordingly, after consideration of the Defendant's Motion to Modify Conditions of Release and for Further Release, **ECF No. 39**, the Court **GRANTS** Defendant's Motion. Defendant is released on the previously ordered conditions of pretrial release set forth in the Court's prior Order at ECF No. 32 and the

ORDER - 1

additional conditions that he appear for all hearings and that he remains in contact with his counsel: The Court strikes Conditions Nos. 12, 17, and 18, in the Order Following Detention Review Hearing, ECF No. 32, and imposes the following additional conditions:

1) Defendant shall reside at ROAR and abide by all rules and regulations of their facility and may not change residences without advance permission from Pretrial Services.

2) Defendant shall follow all treatment recommendations imposed by his substance abuse treatment program and by ROAR and/or Pretrial Services.

**IT IS SO ORDERED.**

DATED November 29, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2