# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2022

SEAN F. McAVOY, CLERK

U.S.A. vs.　　　　Martinez, John Paul　　　　Docket No.　　0980 2:22CR00121-MKD-2

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant John Paul Martinez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 29th day of November 2022, under the following conditions:

**Additional Condition #1:** Defendant shall reside at ROAR and abide by all regulations of their facility and regulations of their facility and may not change residences without advance permission from Pretrial Services.

**Additional Condition #2:** Defendant shall follow all treatment recommendations imposed by his substance abuse treatment program and ROAR and/or Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** John Paul Martinez is alleged to have violated the conditions of pretrial release supervision by failing to reside at the ROAR sober living program.

On December 14, 2022, the undersigned officer contacted the director of the ROAR sober living program. The director confirmed Mr. Martinez was at the ROAR sober living program for a short period of time upon his release from inpatient treatment on December 2, 2022. However, Mr. Martinez was not interested in participating in the "discipleship" portion of the ROAR sober living program and chose not to reside at this residence.

Attempts to contact Mr. Martinez through collateral resources and his last known telephone number have been unsuccessful. His current whereabouts are unknown.

**Violation #2:** John Paul Martinez is alleged to have violated the conditions of pretrial release supervision by failing to attend recommended outpatient substance abuse treatment at Pioneer Human Services on December 8, 2022.

On December 2, 2022, Mr. Martinez successfully completed inpatient substance abuse treatment at Pioneer Center East (PCE) in Spokane, Washington. According to his discharge summary from PCE, Mr. Martinez was scheduled to attend an intake appointment to enter intensive outpatient treatment at Pioneer Human Services (PHS) on December 8, 2022.

Mr. Martinez failed to attend his intake appointment at PHS on December 8, 2022. PHS staff have been unable to establish contact with Mr. Martinez.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:　　December 14, 2022 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Martinez, John Paul
December 14, 2022
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

12/14/22
_____
Date