# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2023

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Martinez, John Paul | Docket No. | 0980 2:22CR00121-MKD-2 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant John Paul Martinez, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke sitting in the court at Richland, Washington, on the 12th day of July 2023 and again on the under the 12th day of September 2023 following conditions:

**Standard Condition #3:** Defendant shall appear at all proceedings and surrender as directed for service of any sentence imposed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 24 and September 15, 2023, the conditions of pretrial release supervision were reviewed with Mr. Martinez. Mr. Martinez acknowledged an understanding of the release conditions at that time.

**Violation #1:** John Paul Martinez is alleged to have violated the conditions of pretrial release supervision by failing to appear before the Court for a pretrial conference and sentencing hearing on October 11, 2023.

On October 11, 2023, Mr. Martinez was scheduled to appear before the Court for a pretrial conference (Case No. 2:22CR00121-MKD-2) and a sentencing hearing (Case No. 2:23CR00013-MKD-1). Mr. Martinez failed to appear for these proceedings. Subsequently, the Court issued a warrant for Mr. Martinez' arrest on October 12, 2023.

Mr. Martinez was taken into custody on the above-noted warrant on October 25, 2023. He is scheduled to appear before the Court for an initial appearance on October 30, 2023.

PRAYING THAT THE DEFENDANT APPEAR ON THE WARRANT PREVIOUSLY ISSUED BY THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   October 26, 2023 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

Re: Martinez, John Paul
October 26, 2023
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

10/26/2023

Date