FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-CR-00121-MKD-2 |
| Plaintiff, | ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT |
| vs. | |
| JOHN PAUL MARTINEZ (2), | **ECF No. 132** |
| Defendant. | |

    Before the Court is the United States' Oral Motion to Dismiss Indictment, ECF No. 132.  On December 20, 2023, the Court held a pretrial conference in this matter, at which the United States moved to dismiss the charges in the Indictment, ECF No. 1, against Defendant John Paul Martinez (2).  Fed. R. Crim. P. 48(a) provides that "[t]he government may, with leave of court, dismiss an indictment, information, or complaint."  The Court has reviewed the record and the motion and finds good cause grant leave to dismiss the Indictment.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

**1.** The United States' Oral Motion to Dismiss Indictment, **ECF No. 132**, is **GRANTED.**

**2.** The Indictment, **ECF No. 1**, is **DISMISSED WITH PREJUDICE** as to Defendant John Paul Martinez (2).

**3.** All pending deadlines and hearings, if any, are **STRICKEN**, and all pending motions, if any, are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order, provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Service, and **CLOSE** the file.

**DATED** December 20, 2023.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2